**United States District Court**
**Central District of California**

FILED
CLERK, U.S. DISTRICT COURT

07/01/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TRB _____ DEPUTY

**UNITED STATES OF AMERICA vs.**

**Docket No.**    2:26-po-00551-RAO / CC42, 9144280

**Defendant**    Gabriel Perezalvarez

akas: _____

**Social Security No.** 6 6 3 5
(Last 4 digits)

## AMENDED JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person

| MONTH | DAY | YEAR |
|---|---|---|
| 07 | 01 | 2026 |

**COUNSEL**    (CJA) Anthony M. Solis
(Name of Counsel)

**PLEA**    [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.    [ ] **NOLO CONTENDERE**    [ ] **NOT GUILTY**

**FINDING**    There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense of:

**6 C.F.R. 139.35(b)**: Wearing a mask, disguise, when violating any federal, state, or local law.

**JUDGMENT AND PROB/ COMM ORDER**    The Court asked whether there was any reason why judgment should not be pronounced.  Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

It is adjudged that on violation notice **CC42, 9144280** the defendant shall pay No Fine, a mandatory special assessment of **$5.00**, and a mandatory processing fee of **$30.00**, pursuant to the Notice of Order for payment of Fine. The defendant is ordered to pay restitution in the amount of **$663.36** to be paid jointly and severally with defendant Steven Lara from case no. 2:26-mj-02482-DUTY (in the event of his conviction in that case – or on any matter charged by indictment in relation to that case)

The defendant is ordered to serve a **(1) One-year term of Supervised Probation** subject to the general conditions of probation under Second Amended General Order 20-04 which is convertible to unsupervised after 6 months with special conditions as follows: Defendant shall not loiter and shall stay 100 yards away from any federal building in the Central District of California except to conduct official business. The defendant is not prohibited from passing by any such building in a vehicle, without stopping other than as required by traffic control devices and traffic conditions, or while on public transportation. If passing on foot, defendant shall not walk on any sidewalks directly adjacent to any federal building. The defendant may pass by any federal building without stopping or pausing as long as he continues to move forward past the federal building, and may not stop block traffic, or engage in any other activity other than moving past the federal building.  Defendant may participate in permitted events, marches or demonstrations that move past federal buildings, but may not stop within 100 yards of any federal building, even if other demonstrators or marchers do, unless he is required to do so by traffic control devices, traffic conditions, or the directions of law enforcement officers. The defendant may not physically participate in any unpermitted demonstrations, marches, or other events taking place within 100 yards of any federal building such that he becomes physically present within 100 yards of any federal building.

USA vs.    Gabriel Perezalvarez                                    Docket No.:    2:26-po-00551-RAO / CC42, 9144280

The defendant is notified of the right to appeal the sentence within 14 days.

07/01/2026

Filed Date                                    Rozella A. Oliver, U. S. Magistrate Judge

07/01/2026                            By    _Terry R. Baker_

Filed Date                                    Terry R. Baker, Deputy Clerk

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

USA vs.  Gabriel Perezalvarez          Docket No.:  2:26-po-00551-RAO / CC42, 9144280

1. The defendant must not commit another federal, state, or local crime.
2. The defendant must report to the probation office in the federal judicial district of residence within 72 hours of imposition of a sentence of probation or release from imprisonment, unless otherwise directed by the probation officer.
3. The defendant must report to the probation office as instructed by the court or probation officer.
4. The defendant must not knowingly leave the judicial district without first receiving the permission of the court or probation officer.
5. The defendant must answer truthfully the inquiries of the probation officer, unless legitimately asserting his or her Fifth Amendment right against self-incrimination as to new criminal conduct.
6. The defendant must reside at a location approved by the probation officer and must notify the probation officer at least 10 days before any anticipated change or within 72 hours of an unanticipated change in residence or persons living in defendant's residence.
7. The defendant must permit the probation officer to contact him or her at any time at home or elsewhere and must permit confiscation of any contraband prohibited by law or the terms of supervision observed in plain view by the probation officer.
8. The defendant must work at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons and must notify the probation officer at least ten days before any change in employment or within 72 hours of an unanticipated change.

9. The defendant must not knowingly associate with any person engaged in criminal activity and must not knowingly associate with any person convicted of a felony unless granted permission to do so by the probation officer. This condition will not apply to intimate family members, unless the court has completed an individualized review and has determined that the restriction is necessary for protection of the community or rehabilitation.
10. The defendant must refrain from excessive use of alcohol and must not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.
11. The defendant must notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.
12. For felony cases, the defendant must not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
13. The defendant must not act or enter into any agreement with a law enforcement agency to act as an informant or source without the permission of the court.
14. The defendant must follow the instructions of the probation officer to implement the orders of the court, afford adequate deterrence from criminal conduct, protect the public from further crimes of the defendant; and provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

USA vs.  Gabriel Perezalvarez                     Docket No.:  2:26-po-00551-RAO / CC42, 9144280

[X]  The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

### STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant must pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment under 18 U.S.C. § 3612(f)(1).  Payments may be subject to penalties for default and delinquency under 18 U.S.C. § 3612(g).  Interest and penalties pertaining to restitution, however, are not applicable for offenses completed before April 24, 1996.  Assessments, restitution, fines, penalties, and costs must be paid by certified check or money order made payable to "Clerk, U.S. District Court." Each certified check or money order must include the case name and number.  Payments must be delivered to:

> United States District Court, Central District of California
> Attn: Fiscal Department
> 255 East Temple Street, Room 1178
> Los Angeles, CA 90012

or such other address as the Court may in future direct.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office.  18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full.  18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k).  The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k).  See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence (pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid):
   Non-federal victims (individual and corporate),
   Providers of compensation to non-federal victims,
   The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

///

USA vs. Gabriel Perezalvarez                                 Docket No.: 2:26-po-00551-RAO / CC42, 9144280

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

_____                        _____
Date                                                                      Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

_____                        _____
Filed Date                                                               Deputy Clerk

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____                        _____
           Defendant                                                           Date

_____                        _____
U. S. Probation Officer/Designated Witness                     Date